Gary G. Singh, #6543
220 South King Street, Suite 2150
Honolulu, Hawaii 96813
Telephone: (808) 529-0626
E-mail: ggsingh@hawaii.rr.com

Attorney for Defendant
FROILAN ARRELLANO LUGA

**LODGED** JAN 23 2006 CLERK, U.S. DISTRICT COURT DISTRICT OF HAWAII **ORIGINAL**

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII JAN 24 2006 SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>Plaintiff, <br><br>vs. <br><br>FROILAN ARRELLANO LUGA, <br><br>Defendant. | CR. NO. 04-00076 SOM <br><br>STIPULATION CONTINUING TRIAL DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

STIPULATION CONTINUING TRIAL DATE AND
EXCLUDING TIME UNDER THE SPEEDY TRIAL

THIS DAY came the parties, by and through counsel, pursuant to their respective agreement to continue trial in the above captioned case. Upon consideration of said stipulation, and the non-objection of the parties hereto, the Court hereby grants a continuance of the trial date in this case and finds that based upon the representation of counsel that there is a need for further investigation and trial preparation by the parties in this case, and accordingly, the ends of justice are best served by granting a continuance in this matter and that the ends of justice served by the continuance outweigh

1

the interests of the defendant and the public in a speedy trial. The Court finds that a denial of continuance of the previous trial date in this case would deny counsel for the parties reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Accordingly, it is hereby ORDERED that jury selection and trial for this matter be set for April 25, 2006 at 9:00 a.m. before Judge Susan Oki Mollway. A pre-trial conference before Judge Barry M. Kurren is set for March 21, 2006 at 10:00 a.m. Defendant's Motion deadline is March 7, 2006 and the Government's Response deadline is March 21, 2006. The Court further finds that the period of time from January 28, 2006 to and including April 25, 2006, constitutes a period of excusable delay and is therefore excludable pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161 (h)(8)(A) and (h)(8)(B)(iv).

DATED: January 24, 2006, at Honolulu, Hawaii.

ENTERED this 24th day of January, 2006.

/s/ Susan Oki Mollway
SUSAN OKI MOLLWAY
U.S. District Judge
District of Hawaii

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By /s/ Loretta Sheehan
LORETTA SHEEHAN
Assistant U.S. Attorney


/s/ Gary G. Singh
GARY G. SINGH
Attorney for Defendant
Froilan Arellano Luga


UNITED STATES V. FROILAN ARELLANO LUGA
CR. NO. 04-00076 SOM
"Stipulation Continuing Trial Date and
Excluding Time Under the Speedy Trial Act"

3