# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/21/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CR 04-00076SOM

CASE NAME:          USA v. Froilan Arellano Luga

ATTYS FOR PLA:     Loretta A. Sheehan

ATTYS FOR DEFT:   G. Gary Singh

INTERPRETER:

JUDGE:    Barry M. Kurren          REPORTER:      C6F

DATE:     3/21/2006                TIME:          10:04 - 10:10

COURT ACTION:  EP: Final Pretrial Conference continued to 3-29-06 @ 10 a.m., BMK.

Defendant present on bail.

Submitted by Richlyn Young, Courtroom Manager