# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/29/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR NO. 04-00076SOM

CASE NAME:       U.S.A. Vs. Froilan Arellano Luga

ATTYS FOR PLA:   Loretta A. Sheehan

ATTYS FOR DEFT:  G. Gary Singh

INTERPRETER:

JUDGE:   Barry M. Kurren          REPORTER:   C6-FTR-l0:00:23

DATE:    3/29/2006                TIME:       l0:11am-l0:16am

COURT ACTION: EP: Final PreTrial Conference-Defendant's presence is hereby waived.

**CRIMINAL FINAL PRETRIAL CONFERENCE**

Jury Trial before Judge Susan Oki Mollway on April 25, 2006 at 9:00.a.m..

Representations by counsel on trial time:
The United States: 1 day
Defendant: Froilan Arellano Luga - 1 1/2 days.

Fed. R. Crim. P. 16(a) (1) (C) (E) disclosures made as to Defendants:

1. Fed. R. Evid. 404(b) :None.
2. a. Motions in Limine filed and served by Government has filed One Motion in Limine and the Defendant will not be filing any Motions in Limine.
   b. Memoranda in opposition to motions in limine filed and served by:April 12, 2006
3. Brady and Giglio Material by:None
4. a. Jury Instructions exchanged by April 5, 2006.
   d. Filings required by 4(b) & (c) by: April 12, 2006.
5. Witness Lists per stipulation by April 12, 2006.
6. Exhibits

       a.     Parties will exchange exhibits by April 12, 2006.
       b.     Original exhibits and Two copies-tabbed and placed in three-ring binders due to Courtroom Manager Toni Fujinaga by April 21, 2006.

7. <u>Stipulations</u>: In writing and filed by April 12, 2006.
8. <u>Voir Dire Questions</u>: In writing by April 12, 2006.
9. <u>Trial Briefs</u>: by April 12, 2006.
10. <u>Jencks Disclosures</u> been produced.
11. <u>Other Matters</u>:
12. N/A

CR NO. 04-00076SOM;
U.S.A. Vs. Froilan Arellano Luga;
Final Pretrial Conference Minutes
3/29/2006