EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

LORETTA SHEEHAN #4160
Assistant U. S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone:  541-2850
Facsimile:  541-2958
E-mail:  loretta.sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

                IN THE UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF HAWAII

UNITED STATES OF AMERICA,     ) CR. NO. 04-00076 SOM
                              )
          Plaintiff,          ) SUPPLEMENTAL NOTICE OF INTENT
                              ) TO USE EVIDENCE; CERTIFICATE
     vs.                      ) OF SERVICE
                              )
FROILAN ARELLANO LUGA,        )
                              )
          Defendant.          )
_____)


          SUPPLEMENTAL NOTICE OF INTENT TO USE EVIDENCE

TO:     Gary G. Singh, Esq.
        220 S. King Street, Ste. 2150
        Honolulu, Hawaii 96813

        Attorney for Defendant
        FROILAN ARELLANO LUGA

Please be informed that the government intends to introduce the following under Rule 404(b) at trial:

1. In October, 2003, when the Defendant interviewed for a job with Hawaii Title & Escrow, Inc. with Sue Lunsford, Defendant misrepresented the circumstances of his termination of his employment with City Bank. Defendant indicated that there had been a misunderstanding and that he moved on for more money. Defendant did not admit that he had been fired due to embezzlement.

2. In November, 2003, the Defendant misrepresented to a co-worker, Kawena Nakatani, as to why he needed a wig. Defendant told Ms. Nakatani that he was going to be in a Christmas play, and that he needed the wig for a part in the play. Defendant did not state that he was preparing for a bank robbery.

DATED: April 7, 2006, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By /s/ Loretta Sheehan
LORETTA SHEEHAN
Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

CERTIFICATE OF SERVICE

       I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

**Served Electronically through CM/ECF**:

GARY G. SINGH, ESQ.                                April 7, 2006
ggsingh@hawaii.rr.com

Attorney for Defendant
FROILAN ARRELLANO LUGA


       DATED:  April 7, 2006, at Honolulu, Hawaii.


                                     /s/ Iris Tanaka