# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/13/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:   CR 04-00076SOM

CASE NAME:   USA vs. Froilan Arellano Luga

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Susan Oki Mollway        REPORTER:

DATE:    4/13/2006                TIME:

COURT ACTION:  EO:

Jury Selection/Trial set for 4/25/06 @ 9:00 a.m. SOM is continued to 6/27/06 @ 9:00 a.. SOM.

Final Pretrial is set for 5/30/06 @ 10:00 a.m. KSC.

Motions 5/15/06.

Response 5/30/06.

Notified: Loretta Sheehan AUSA and G. Gary Singh.

Ms. Sheehan to prepare the stipulation to continue and to exclude time.

Submitted by: Toni Fujinaga, Courtroom Manager.