# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/19/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR 04-00076SOM

CASE NAME:        USA vs. Froilan Arellano Luga

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Susan Oki Mollway          REPORTER:

DATE:     4/19/2006                  TIME:

COURT ACTION:  EO: New dates given:

Jury Selection/Trial set for 6/27/06 @ 9:00 a.m. SOM is continued to 7/5/06 @ 9:00 a.m. SOM.

Final Pretrial Conference set for 5/30/06 @ 10:00 a.m. KSC is continued to 6/5/06 @ 10:00 a.m. BMK.

Motions 5/22/06.

Response 6/5/06.

Notified: Loretta Sheehan AUSA and G. Gary Singh.

Ms. Sheehan to prepare the stipulation to continue and to exclude time.

Submitted by: Toni Fujinaga, Courtroom Manager.