EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

LORETTA SHEEHAN #4160
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail: loretta.sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00076 SOM |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING TRIAL AND TOLLING TIME FROM COMPUTATION UNDER THE SPEEDY TRIAL ACT |
| vs. | ) | |
| FROILAN ARRELLANO LUGA, | ) | |
| Defendant. | ) | |

STIPULATION AND ORDER CONTINUING TRIAL AND TOLLING
TIME FROM COMPUTATION UNDER THE SPEEDY TRIAL ACT

     The Defendant, Froilan Arrellano Luga, recently retained an additional expert, Dr. Marvin Acklin, and requires additional time to prepare for trial.  The United States of America, through Assistant United States Attorney Loretta Sheehan, had no objection to the continuance.

     The Court continues trial, therefore, for the purpose of allowing the defense additional time to prepare an insanity defense, and continues trial from April 25, 2006 to July 5, 2006.

In continuing the trial, the Court finds that trial must be delayed in order to allow the defense to prepare adequately an insanity defense, and further finds that the ends of justice served by taking such action outweigh the best interests of the public and the Defendant in a speedy trial because a failure to grant a continuance would deny counsel for the Defendant the reasonable time necessary for effective preparation, taking into account due diligence under Title 18, U.S.C. Section 3161(h)(8)(A) and (B).  The Court excludes, therefore, the time from April 25, 2006 to and including July 5, 2006.  The final pretrial is scheduled for June 5, 2006 at 10:00 a.m. before the Honorable Barry M. Kurren.  Motions must be filed by May 22, 2006 and all responses must be filed by June 5, 2006.

IT IS SO ORDERED.

APPROVED AS TO FORM AND CONTENT

   /s/ Gary G. Singh
GARY G. SINGH
Attorney for Defendant
FROILAN ARRELLANO LUGA


DATED: Honolulu, Hawaii; May 1, 2006.


Susan Oki Mollway
United States District Judge

United States v. Froilan Arrellano Luga; Cr. No. 04-00076 SOM
Stipulation and Order Continuing Trial and Tolling
Time From Computation Under the Speedy Trial Act