# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

6/5/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:        CR 04-00076SOM

CASE NAME:          USA v. Froilan Arellano Luga

ATTYS FOR PLA:      Loretta A. Sheehan

ATTYS FOR DEFT:     G. Gary Singh

INTERPRETER:

JUDGE:    Barry M. Kurren          REPORTER:    C6F

DATE:     6/5/2006                 TIME:        10:07 - 10:15

COURT ACTION:  EP: Final Pretrial Conference held. Court to prepare order. Defendant's presence waived.

**CRIMINAL FINAL PRETRIAL CONFERENCE**

Jury Trial before Judge Susan Oki Mollway on July 5, 2006 at 9:00.a.m..

Representations by counsel on trial time:
The United States and Defendant:  3-5 days

Fed. R. Crim. P. 16(a) (1) (C) (E) disclosures made as to Defendant.

1. Fed. R. Evid. 404(b) : completed.
2. a. Motions in Limine have been filed.
   b. Memoranda in opposition to motions in limine filed and served by: June 20, 2006.
3. Brady and Giglio Material by: June 15, 2006
4. a. Jury Instructions exchanged by June 15, 2006.
   d. Filings required by 4(b) & (c) by: June 22, 2006.
5. Witness Lists per stipulation by June 28, 2006.
6. Exhibits
   a. Parties will exchange exhibits.
   b. Original exhibits tabbed and in binders, copy in binders.
7. Stipulations: In writing and filed by June 21, 2006.

8.  <u>Voir Dire Questions</u>: In writing by June 21, 2006.
9.  <u>Trial Briefs</u>: by June 21, 2006.
10. <u>Jencks Disclosures</u> have been completed.
11. <u>Other Matters</u>:
12. N/A

cc: Tammy Kimura

Submitted by Richlyn Young, Courtroom Manager

CR 04-00076SOM;
USA v. Froilan Arellano Luga;
Final Pretrial Conference Minutes
6/5/2006