# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

6/16/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR 04-00076SOM

CASE NAME:        USA vs.  Froilan Arellano Luga

ATTYS FOR PLA:    Loretta Sheehan

ATTYS FOR DEFT:   G. Gary Singh

INTERPRETER:

---

JUDGE:    Susan Oki Mollway        REPORTER:    Steve Platt

DATE:     6/16/2006               TIME:        3:00 - 3:15

---

COURT ACTION:   EP: Pretrial Conference -

Defendant Froilan Arellano Luga not present, and his presence is waived for purposes of this hearing.

Discussion held re: the sentencing guidelines.

Court will not disclose its inclination until review of the PSR.

Mr. Singh to meet with the defendant and notify the Court as soon as possible if this case will not proceed to trial on 7/5/06.

Motions in Limine are set for 6/30/06 @ 9:00 a.m.

Submitted by: Toni Fujinaga, Courtroom Manager.