# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

6/30/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:        CR 04-00076SOM

CASE NAME:          USA vs. Froilan Arellano Luga

ATTYS FOR PLA:      Loretta Sheehan

ATTYS FOR DEFT:     G. Gary Singh

INTERPRETER:

|  |  |  |  |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 6/30/2006 | TIME: | 9:40 - 10:00 |

COURT ACTION:  EP: Motion to Withdraw Not Guilty Plea and to Plead Anew -

Defendant Froilan Arellano Luga present.

Defendant sworn.

Questioned.

Memorandum of plea agreement filed, acceptance deferred until after review of the presentence report.

Defendant advised of his rights, including his right to trial by jury, etc.

Government stated the maximum penalties provided by law.

Government stated the essential elements of the charges.

Government summarized the evidence it would present at trial.

Guilty Plea to the Indictment.

Court accepts the guilty plea and the defendant is adjudged guilty.

Referred for presentence investigation and report, and sentencing is set for 10/16/06 @ 1:30 p.m. SOM.

Defendant to remain out on bail with the same conditions to apply.

Submitted by: Toni Fujinaga, Courtroom Manager.

# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

6/30/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CR 04-00076SOM

CASE NAME:         USA vs.  Froilan Arellano Luga

ATTYS FOR PLA:     Loretta Sheehan

ATTYS FOR DEFT:    G. Gary Singh

INTERPRETER:

JUDGE:    Susan Oki Mollway         REPORTER:    Debra Chun

DATE:     6/30/2006                 TIME:        9:40 - 10:00

COURT ACTION:  EP: Motion to Withdraw Not Guilty Plea and to Plead Anew -

Defendant Froilan Arellano Luga present.

Defendant sworn.

Questioned.

Memorandum of plea agreement filed, acceptance deferred until after review of the presentence report.

Defendant advised of his rights, including his right to trial by jury, etc.

Government stated the maximum penalties provided by law.

Government stated the essential elements of the charges.

Government summarized the evidence it would present at trial.

Guilty Plea to the Indictment.

Court accepts the guilty plea and the defendant is adjudged guilty.

Referred for presentence investigation and report, and sentencing is set for 10/16/06 @ 1:30 p.m. SOM.

Defendant to remain out on bail with the same conditions to apply.

Submitted by: Toni Fujinaga, Courtroom Manager.

# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

6/30/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR 04-00076SOM

CASE NAME:     USA vs. Froilan Arellano Luga

ATTYS FOR PLA:     Loretta Sheehan

ATTYS FOR DEFT:     G. Gary Singh

INTERPRETER:

JUDGE:     Susan Oki Mollway     REPORTER:     Debra Chun

DATE:     6/30/2006     TIME:     9:40 - 10:00

COURT ACTION:  EP: Motion to Withdraw Not Guilty Plea and to Plead Anew -

Defendant Froilan Arellano Luga present.

Defendant sworn.

Questioned.

Memorandum of plea agreement filed, acceptance deferred until after review of the presentence report.

Defendant advised of his rights, including his right to trial by jury, etc.

Government stated the maximum penalties provided by law.

Government stated the essential elements of the charges.

Government summarized the evidence it would present at trial.

Guilty Plea to the Indictment.

Court accepts the guilty plea and the defendant is adjudged guilty.

Referred for presentence investigation and report, and sentencing is set for 10/16/06 @ 1:30 p.m. SOM.

Defendant to remain out on bail with the same conditions to apply.

Submitted by: Toni Fujinaga, Courtroom Manager.

# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

6/30/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CR 04-00076SOM

CASE NAME:         USA vs. Froilan Arellano Luga

ATTYS FOR PLA:     Loretta Sheehan

ATTYS FOR DEFT:    G. Gary Singh

INTERPRETER:

JUDGE:    Susan Oki Mollway          REPORTER:    Debra Chun

DATE:     6/30/2006                  TIME:        9:40 - 10:00

COURT ACTION:  EP: Motion to Withdraw Not Guilty Plea and to Plead Anew -

Defendant Froilan Arellano Luga present.

Defendant sworn.

Questioned.

Memorandum of plea agreement filed, acceptance deferred until after review of the presentence report.

Defendant advised of his rights, including his right to trial by jury, etc.

Government stated the maximum penalties provided by law.

Government stated the essential elements of the charges.

Government summarized the evidence it would present at trial.

Guilty Plea to the Indictment.

Court accepts the guilty plea and the defendant is adjudged guilty.

Referred for presentence investigation and report, and sentencing is set for 10/16/06 @ 1:30 p.m. SOM.

Defendant to remain out on bail with the same conditions to apply.

Submitted by: Toni Fujinaga, Courtroom Manager.

# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

6/30/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CR 04-00076SOM

CASE NAME: USA vs. Froilan Arellano Luga

ATTYS FOR PLA: Loretta Sheehan

ATTYS FOR DEFT: G. Gary Singh

INTERPRETER:

---

JUDGE: Susan Oki Mollway        REPORTER: Debra Chun

DATE: 6/30/2006                 TIME: 9:40 - 10:00

---

COURT ACTION:  EP: Motion to Withdraw Not Guilty Plea and to Plead Anew - Defendant Froilan Arellano Luga present.

Defendant sworn.

Questioned.

Memorandum of plea agreement filed, acceptance deferred until after review of the presentence report.

Defendant advised of his rights, including his right to trial by jury, etc.

Government stated the maximum penalties provided by law.

Government stated the essential elements of the charges.

Government summarized the evidence it would present at trial.

Guilty Plea to the Indictment.

Court accepts the guilty plea and the defendant is adjudged guilty.

Referred for presentence investigation and report, and sentencing is set for 10/16/06 @ 1:30 p.m. SOM.

Defendant to remain out on bail with the same conditions to apply.

Submitted by: Toni Fujinaga, Courtroom Manager.