EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

LORETTA A. SHEEHAN #4160
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail:  loretta.sheehan@usdoj.gov

Attorneys for the Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00076 SOM |
| | ) | |
| Plaintiff, | ) | STATEMENT OF NO OBJECTIONS |
| | ) | TO DRAFT PRESENTENCE |
| vs. | ) | REPORT; CERTIFICATE OF |
| | ) | SERVICE |
| FROILAN ARELLANO LUGA, | ) | |
| | ) | Date:  October 16, 2006 |
| Defendant. | ) | Time:  1:30 P.M. |
| | ) | Judge: Susan Oki Mollway |

STATEMENT OF NO OBJECTIONS TO DRAFT PRESENTENCE REPORT

The United States has reviewed the draft presentence reports and has no objections to the factual statements or guideline computations contained in the reports.

DATED:  August 22, 2006, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By  /s/ Loretta A. Sheehan
   LORETTA A. SHEEHAN
   Assistant U.S. Attorney

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

<u>Served Electronically through CM/ECF</u>:

    Gurmail G. Singh         August 22, 2006
    ggsingh@hawaii.rr.com

    Attorney for Defendant
    FROILAN ARELLANO LUGA

<u>Served by Hand Delivery</u>

    U.S. Probation Office     August 22, 2006
    ATTN:  Malia Eversole
    300 Ala Moana Boulevard, Room 2-215
    Honolulu, HI   96850

      DATED:  August 22, 2006, at Honolulu, Hawaii.


            /s/ Iris Tanaka