# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/24/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR 04-00076SOM

CASE NAME:        USA vs. Froilan Arellano Luga

ATTYS FOR PLA:    Loretta Sheehan

ATTYS FOR DEFT:   Gary Singh

                                Carter Lee (USPO)

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 10/24/2006 | TIME: | 8:55 - 9:00 |

COURT ACTION:  EP: Sentencing to Count 1 of the Indictment -

Defendant Froilan Arellano Luga not present.

Court is in receipt of a letter from a physician at Queen's Hospital.

Mr. Singh informed the Court that the defendant was admitted to the emergency room.

Carolyn Hall, of PTS, informed the Court that the defendant is in critical condition.

This hearing is continued to 11/20/06 @ 3:00 p.m.

If this hearing date is not feasible, parties to contact the court.

Submitted by: Toni Fujinaga, Courtroom Manager.