Gary G. Singh, #6543
220 South King Street, Suite 2150
Honolulu, Hawaii 96813
Telephone: (808) 529-0626
E-mail: ggsingh@hawaii.rr.com

Attorney for Defendant
FROILAN ARRELLANO LUGA

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 06 2006

at 10 o'clock and __ min __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> FROILAN ARRELLANO LUGA, <br><br> Defendant. | CR. NO. 04-00076 SOM <br><br> EXHIBITS A-C; CERTIFICATE OF SERVICE <br><br> Date: November 6, 2006 <br> Time: 2:30 a.m. <br> Judge: Susan Oki Mollway |

Defendant, Froilan Arrellano Luga, through Counsel Gary G. Singh hereby submits the following documents before the Honorable Court for consideration for Sentencing on the above matter:

   A.   Letter from Defendant dated November 6, 2006;

   B.   Letter from Patty Haerlein of CARE Hawaii dated November 3, 2006;

   C.   Letter from Tammy Tsuchiyama-Dunson, Icm Case Manager of CARE Hawaii, Inc., dated August 1, 2006.

1

DATED:   Honolulu, Hawaii November 6th, 2006.

_____
GARY G. SINGH
Attorney for Defendant
FROILAN ARRELLANO LUGA

2