November 6, 2006

To Whom It May Concern:

My name is Froilan Luga I was born and raised in the Philippines and I m 22 years old. I grow up in a middle class family, I was raised by my wonderful mother "Flora Luga", my dad was here in Hawaii working to make sure that his family back home in the Philippines is financially stable. I came here to Hawaii on November 14, 1999 with my sister "Joycelyn Luga", I attended high school at the Farrington High School from 10th grade till I graduated, after high school focus on just working even though I really really wanted to go back to school, but I was not able to due to limited financial assistant, as well as started having symptoms from my mental illness, my family did not know anything because I was to ashamed to be called "crazy" so I did not tell anyone nor seek for professional help, I kept it all alone until the day that the voices got worse, it was couple years ago when I walked in the bank that I used to worked at "City Bank" and demanded money I was aware that by doing so is a crime however I was not able to stop or cope with my mental illness that I followed what the voices told me. It was that scariest day or moment of my life, even then my shamelessness, my pride remains the same that I never told anyone about my illness. A month later when I got arrested due to this crime, I still didn't tell anyone specially the detective about my illness because I was to embarrass, couple weeks later when I was released with a unsecured bond I opened up with my lawyer the first person I trusted and I believe that he can get me some help, I did mentioned about my mental problem, he then did his part, referring me to Adult Mental Health Division, a case management, placed me to a treatment facility "Poailani" and eventually I got me a job as a Peer Specialist at CARE Hawaii, Inc. from then until now I

m still employed as a Peer Specialist, I now helping people that suffering from severed mental illness.

I want to send my appreciation and thank to the government for letting my out with the bail because I was able to seek psychiatric help, I now accept my illness and I found me a job that I really enjoy doing and promise myself to do it for the rest of my life, I was able to change peoples life, I was able to use my experience to restores other peoples dream and hopes. I did regret what I did "demanding money from the bank" but at the same time it was gods plan it was a lesson for me….

With all of this experience in life, I now know that after I get through this ill be better citizen, better son, better brother, better friend, better co-worker and better PERSON…

I will continue to my education as a social worker because I like helping people………

Sincerely,

Froilan A. Luga