November 3, 2006

Your Honor:

I have been employed by CARE Hawaii since October 20, 2005 as a mental health worker for the seriously mentally ill, providing a myriad of social services for our clients. I am the designated forensic specialist for the team and oversee their court cases as well as probation officer's appointments so that they may be appropriately represented by an advocate who knows them well and can assist the court in understanding the specific needs of the client as well as their current functioning level. The reason that I am addressing this court is to provide information concerning my co-worker, Froilan Luga, who is the team's peer specialist.

I began working with Mr. Luga this year on the ACT Team and was immediately impressed by his enthusiasm for his job, his willingness to participate as a team player and assist in any requested task, and his understanding of the clients on a level that is both intuitive and knowledge based. He is a tireless worker, as responsible as anyone I've encountered in the field, and a pure joy to work with in any situation. When the team was faced with a lack of support staff in the office recently, Frodo was the one person who volunteered to man the phones so that all of us would be able to adequately address the needs, concerns, and crises of our clients. I'm sure the fact that our clients tend to represent a very challenging population is apparent to this court, but Mr. Luga is gifted in successfully interacting with them and assisting in solving their problems. Mr. Luga also happens to be a consumer of the same services, and it impresses me even more that he is so dedicated, trustworthy, and caring with our clients when he faces certain challenges of his own. He is both loved and respected by his clients as well as his team members.

Please accept this letter as an endorsement of Mr. Luga's character, stability, caring heart and spirit. He is the soul of the team and a very special person in our lives and the lives of our clients.

Sincerely,

Patty Haertlein, MHW
CARE Hawaii