<div style="border:1px solid black; padding:1em; text-align:center;">

**CARE Hawaii, Inc.**
**ICM Team**
677 Ala Moana Blvd., Ste. 620
Honolulu, Hawaii 96813
Tel: (808) 536-0064  Fax: (808) 440-0675

</div>

August 1, 2006

To Whom It May Concern:

I am writing this letter on behalf of Froilan Luga. Currently, I am Froilan's Case Manager from Care Hawaii, ICM Team. I have known Froilan since November 2004 while working as a Mental Health Technician for Care Hawaii in the PSR program. As a Peer Specialist, Froilan was very dependable and knowledgeable of his clients. He was very reliable and helpful when needed and respected by his fellow peers.

As of August 11, 2005, I was assigned Froilan as his case manager. Since then we have gained better rapport and able to continue his treatment in a professional manner. Part of his treatment is compliance of his legal status; which we have kept abreast on at least once a week. Froilan continues to see Dr. John Fairfax for his medication management, works with the Care Hawaii ACT Team, and recently graduated from Remington College with his Associates Degree in Business. I am very proud of Froilan for meeting the expectations of a full-time job, compliance to his legal status, going to school, and staying stable from his mental illness. For most consumers that is a very hard task to do but, Froilan has been able to complete and challenge these tasks on a daily basis and has been able to remain a model client and employee at Care Hawaii.

If there is any additional information you would require please feel free to contact me at: 723-5184 or 536-0064 and I will be more than happy to assist you.

Sincerely,

Tammy Tsuchiyama-Dunson
Care Hawaii Inc.
Icm Case Manager
(808)723-5184 or (808)536-0064