UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 04-00076 SOM |
| Plaintiff, | ) **CERTIFICATE OF SERVICE** |
| vs. | ) |
| FROILAN ARRELLANO LUGA, | ) |
| Defendant. | ) |

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served on the parties named below via hand delivery or U.S. Mail on the date of filing herein.

    Loretta A. Sheehan, Esq.
    Assistant U.S. Attorney
    Room 6100, PJKK Federal Building
    300 Ala Moana Blvd.
    Honolulu, Hawaii  96850

    U.S. Probation Officer
    300 Ala Moana Boulevard
    Honolulu, Hawaii 96850

DATED:   Honolulu, Hawaii, November 6, 2006.

                                      _____
                                      GARY G. SINGH
                                      Attorney for Defendant
                                      Froilan Arellano Luga