AO 245B    (Rev. 6/05) Judgment in a Criminal Case
           Sheet 2 - Imprisonment

CASE NUMBER:       1:04CR00076-001 SOM                          Judgment - Page 2 of 6
DEFENDANT:         FROILAN ARELLANO LUGA

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: THIRTY (30) MONTHS

[✔]    The court makes the following recommendations to the Bureau of Prisons:
       1) Lompoc; 2) Mental Health Treatment.

[ ]    The defendant is remanded to the custody of the United States Marshal.

[✔]    The defendant shall surrender to the United States Marshal for this district.
       [✔] at 12:40 p.m. on 11/6/06 .
       [ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
       [ ] before _ on ___.
       [ ] as notified by the United States Marshal.
       [ ] as notified by the Probation or Pretrial Services Officer.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 0 8 2007
at 4 o'clock and 15 min. P.M
SUE BEITIA, CLERK

## RETURN

I have executed this judgment as follows:

Defendant delivered on _12-11-06_ to _FDC Honolulu_
at _Honolulu, HI_ , with a certified copy of this judgment.

John T. Rothman
WARDEN    ~~UNITED STATES MARSHAL~~

By _W. Tsai_
   LIE    ~~Deputy U.S. Marshal~~